■ BERSIN PROPERTIES, LLC, Appellant, v COUNTY OF MONROE INDUSTRIAL DEVELOPMENT AGENCY et al., Respondents, et al., Defendants. (Appeal No. 1.) [65 NYS3d 872]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered June 3, 2016. The order and judgment, inter alia, granted the motion of defendants County of Monroe Industrial Development Agency and County of Monroe for summary judgment dismissing the amended complaint against them and for partial summary judgment with respect to the first and second counterclaims.

■ BERSIN PROPERTIES, LLC, Appellant, v COUNTY OF MONROE INDUSTRIAL DEVELOPMENT AGENCY et al., Defendants, and EAST IRONDEQUOIT CENTRAL SCHOOL DISTRICT, Respondent. (Appeal No. 3.) [65 NYS3d 904]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered June 14, 2016. The order and judgment, inter alia, granted the motion of defendant East Irondequoit Central School District for summary judgment dismissing the amended complaint against it and for partial summary judgment with respect to the second and third counterclaims.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.